ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
AUG - 6 2010
DAVID CREWS, CLERK
By _____ Deputy

HAROLD E. SYKES #13137
**Plaintiff**

v.   CASE NO. 1:10CV194-A-S

Lee County Sheriffs Dept. - Jimmy Johnson
**Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: HAROLD E. SYKES

   B. Name under which sentenced: HAROLD E. SYKES

   C. Inmate identification number: 13137

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Unit 30/A Azore, Parchman, MS 38738

   E. Place of confinement: MS State Penitentiary

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Linda Beilcham

   Title (Superintendent, Sheriff, etc.): Commissary Lee Co Jail

   Defendant's mailing address (street or post office box number, city, state, ZIP): 510 N. Commerce St, Tupelo, MS 38804

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

| | |
|---|---|
| Name: | Srg. pollo |
| Title (Superintendent, Sheriff, etc.): | Srg. Lee Co Jail |
| Defendant's mailing address (street or post office. box number, city, state, ZIP) | 510 N. Commerce St. Tupelo, MS 38804 |
| Name: | Brian Hall |
| Title (Superintendent, Sheriff, etc.): | Jail Administrator Lee Co Jail |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | 510 N. Commerce St. Tupelo, MS 38804 |
| Name: | Jimmy H Jhonson (Sheriff) |
| Title (Superintendent, Sheriff, etc.): | 510 N. Commerce St |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | Tupelo, MS 38804 |

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?    ☐ Yes    ☒ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____    C. Docket No.: _____

   D. Judge's Name: _____    E. Date suit filed: _____

   F. Date decided: _____    G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?    ☐ Yes    ☒ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).    ☐ Yes    ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

Ask The Court for mercy in this case Because thats All the money My femily Could send Me. I Ask that Im Am Further Allowed legal Assistance with help. And that The Court Only Allow A perecentage As to Allow me Enough For Hygeine products And Other products needed to Survive.

This Complaint was executed at (location): MS, State Penitentiary

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 07-31-10

Harold F Ayk____

Plaintiff's Signature



Harold E. Sipp
#13137
U 30 A-1A Zone bed #16
MSP
38738

US District Court
Box 704
Aberdeen, MS 39730

RECEIVED
AUG - 6 2010
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 1057
PARCHMAN, MS 38738

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MS 38738
THE ENCLOSED LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER ENCLOSES ANY MATERIAL NOT PERTAINING TO LEGAL BUSINESS OF THE ENCLOSED CORRESPONDENCE FOR FORWARDING TO SOMEONE OTHER THAN ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

$01.050
08/05/2010
Mailed From 38738
US POSTAGE
Hasler